# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 3, 2024

Lyle W. Cayce
Clerk

———————

No. 23-50224

———————

Leila Green Little; Jeanne Puryear; Kathy Kennedy; Rebecca Jones; Richard Day; Cynthia Waring; Diane Moster,

*Plaintiffs—Appellees,*

*versus*

Llano County; Ron Cunningham, *in his official capacity as Llano County Judge*; Jerry Don Moss, *in his official capacity as Llano County Commissioner*; Peter Jones, *in his official capacity as Llano County Commissioner*; Mike Sandoval, *in his official capacity as Llano County Commissioner*; Linda Raschke, *in her official capacity as Llano County Commissioner*; Amber Milum, *in her official capacity as Llano County Library System Director*; Bonnie Wallace, *in her official capacity as Llano County Library Board Member*; Rochelle Wells, *in her official capacity as Llano County Library Board Member*; Rhoda Schneider, *in her official capacity as Llano County Library Board Member*; Gay Baskin, *in her official capacity as Llano County Library Board Member*,

*Defendants—Appellants.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-424

———————————————————————

ON PETITION FOR REHEARING EN BANC

(Opinion June 6, 2024 , 5 Cɪʀ., 2024, 103 F.4th 1140)

Before Rɪᴄʜᴍᴀɴ, *Chief Judge*, and Jᴏɴᴇs, Sᴍɪᴛʜ, Sᴛᴇᴡᴀʀᴛ, Eʟʀᴏᴅ, Sᴏᴜᴛʜᴡɪᴄᴋ, Hᴀʏɴᴇs, Gʀᴀᴠᴇs, Hɪɢɢɪɴsᴏɴ, Wɪʟʟᴇᴛᴛ, Hᴏ, Dᴜɴᴄᴀɴ, Eɴɢᴇʟʜᴀʀᴅᴛ, Oʟᴅʜᴀᴍ, Wɪʟsᴏɴ, Dᴏᴜɢʟᴀs, and Rᴀᴍɪʀᴇᴢ, *Circuit Judges*.

Pᴇʀ Cᴜʀɪᴀᴍ:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated June 6, 2024, is VACATED.